# EXHIBIT 1

**CONSENT TO JOIN SUIT UNDER THE FAIR LABOR STANDARDS ACT**

**CONSENTIMIENTO PARA PARTICIPAR EN UNA DEMANDA BAJO LA LEY DE NORMAS LABORALES JUSTAS**

  I hereby give my consent to join as a party plaintiff in a lawsuit under the Fair Labor Standards Act for wages that may be owed to me for work I performed at Bayou Sugar Growers, Inc. and Louisiana Sugar Cane Cooperative, Inc. I give Plaintiffs' counsel, Southern Migrant Legal Services, a project of Texas RioGrande Legal Aid, permission to file this form on my behalf and to represent me before any court or agency on these claims.

  Por este medio doy mi consentimiento para participar como demandante en la demanda bajo la Ley de Normas Laborales Justas para pagos que se me deban por el trabajo que realicé en Bayou Sugar Growers, Inc. y Louisiana Sugar Cane Cooperative, Inc. Doy permiso a los abogados de los Demandantes, Southern Migrant Legal Services, un proyecto de Texas RioGrande Legal Aid, Inc. para presentar este formulario en mi nombre y para representarme ante cualquier tribunal o agencia tocante estos reclamos.

Firmado por:
*Julián Alejandro Flores Colchado*
A46134EBF4D8490...

Signature/Firma

12/3/2024 | 8:03 p. m. CST

Date/Fecha

**Julián Alejandro Flores Colchado**

Printed Name/Nombre

# CONSENT TO JOIN SUIT UNDER THE FAIR LABOR STANDARDS ACT

# CONSENTIMIENTO PARA PARTICIPAR EN UNA DEMANDA BAJO LA LEY DE NORMAS LABORALES JUSTAS

I hereby give my consent to join as a party plaintiff in a lawsuit under the Fair Labor Standards Act for wages that may be owed to me for work I performed at Bayou Sugar Growers, Inc. and Louisiana Sugar Cane Cooperative, Inc. I give Plaintiffs' counsel, Southern Migrant Legal Services, a project of Texas RioGrande Legal Aid, permission to file this form on my behalf and to represent me before any court or agency on these claims.

Por este medio doy mi consentimiento para participar como demandante en la demanda bajo la Ley de Normas Laborales Justas para pagos que se me deban por el trabajo que realicé en Bayou Sugar Growers, Inc. Y Louisiana Sugar Cane Cooperative, Inc. Doy permiso a los abogados de los Demandantes, Southern Migrant Legal Services, un proyecto de Texas RioGrande Legal Aid, Inc. para presentar este formulario en mi nombre y para representarme ante cualquier tribunal o agencia tocante estos reclamos.

Firmado por: [signature] 626C220D0D6544B...

Signature/Firma

12/5/2024 | 11:19 a. m. CST

Date/Fecha

**Julián Lugo Hernández**

Printed Name/Nombre

## CONSENT TO JOIN SUIT UNDER THE FAIR LABOR STANDARDS ACT

## CONSENTIMIENTO PARA PARTICIPAR EN UNA DEMANDA BAJO LA LEY DE NORMAS LABORALES JUSTAS

I hereby give my consent to join as a party plaintiff in a lawsuit under the Fair Labor Standards Act for wages that may be owed to me for work I performed at Bayou Sugar Growers, Inc. and Louisiana Sugar Cane Cooperative, Inc. I give Plaintiffs' counsel, Southern Migrant Legal Services, a project of Texas RioGrande Legal Aid, permission to file this form on my behalf and to represent me before any court or agency on these claims.

Por este medio doy mi consentimiento para participar como demandante en la demanda bajo la Ley de Normas Laborales Justas para pagos que se me deban por el trabajo que realicé en Bayou Sugar Growers, Inc. Y Louisiana Sugar Cane Cooperative, Inc. Doy permiso a los abogados de los Demandantes, Southern Migrant Legal Services, un proyecto de Texas RioGrande Legal Aid, Inc. para presentar este formulario en mi nombre y para representarme ante cualquier tribunal o agencia tocante estos reclamos.

_Firmado por: Isaias E._
10F7AC80C5B2435...

Signature/Firma

12/4/2024 | 9:37 a. m. CST

Date/Fecha

**Isaías Espino Martínez**

Printed Name/Nombre

# CONSENT TO JOIN SUIT UNDER THE FAIR LABOR STANDARDS ACT

# CONSENTIMIENTO PARA PARTICIPAR EN UNA DEMANDA BAJO LA LEY DE NORMAS LABORALES JUSTAS

I hereby give my consent to join as a party plaintiff in a lawsuit under the Fair Labor Standards Act for wages that may be owed to me for work I performed at Bayou Sugar Growers, Inc. and Louisiana Sugar Cane Cooperative, Inc. I give Plaintiffs' counsel, Southern Migrant Legal Services, a project of Texas RioGrande Legal Aid, permission to file this form on my behalf and to represent me before any court or agency on these claims.

Por este medio doy mi consentimiento para participar como demandante en la demanda bajo la Ley de Normas Laborales Justas para pagos que se me deban por el trabajo que realicé en Bayou Sugar Growers, Inc. Y Louisiana Sugar Cane Cooperative, Inc. Doy permiso a los abogados de los Demandantes, Southern Migrant Legal Services, un proyecto de Texas RioGrande Legal Aid, Inc. para presentar este formulario en mi nombre y para representarme ante cualquier tribunal o agencia tocante estos reclamos.

Firmado por: *[signature]* 656F467709D6497...

Signature/Firma

12/6/2024 | 10:46 a. m. CST

Date/Fecha

**Jesús Leocadio Zavala Ruiz**

Printed Name/Nombre

## CONSENT TO JOIN SUIT UNDER THE FAIR LABOR STANDARDS ACT

## CONSENTIMIENTO PARA PARTICIPAR EN UNA DEMANDA BAJO LA LEY DE NORMAS LABORALES JUSTAS

      I hereby give my consent to join as a party plaintiff in a lawsuit under the Fair Labor Standards Act for wages that may be owed to me for work I performed at Bayou Sugar Growers, Inc. and Louisiana Sugar Cane Cooperative, Inc. I give Plaintiffs' counsel, Southern Migrant Legal Services, a project of Texas RioGrande Legal Aid, permission to file this form on my behalf and to represent me before any court or agency on these claims.

      Por este medio doy mi consentimiento para participar como demandante en la demanda bajo la Ley de Normas Laborales Justas para pagos que se me deban por el trabajo que realicé en Bayou Sugar Growers, Inc. Y Louisiana Sugar Cane Cooperative, Inc. Doy permiso a los abogados de los Demandantes, Southern Migrant Legal Services, un proyecto de Texas RioGrande Legal Aid, Inc. para presentar este formulario en mi nombre y para representarme ante cualquier tribunal o agencia tocante estos reclamos.

*Firmado por: Octavio Galaviz — C5F962755A59419...*

Signature/Firma

12/5/2024 | 5:56 PM CST

Date/Fecha

**Octavio Galaviz Corona**

Printed Name/Nombre

## CONSENT TO JOIN SUIT UNDER THE FAIR LABOR STANDARDS ACT

## CONSENTIMIENTO PARA PARTICIPAR EN UNA DEMANDA BAJO LA LEY DE NORMAS LABORALES JUSTAS

I hereby give my consent to join as a party plaintiff in a lawsuit under the Fair Labor Standards Act for wages that may be owed to me for work I performed at Bayou Sugar Growers, Inc. and Louisiana Sugar Cane Cooperative, Inc. I give Plaintiffs' counsel, Southern Migrant Legal Services, a project of Texas RioGrande Legal Aid, permission to file this form on my behalf and to represent me before any court or agency on these claims.

Por este medio doy mi consentimiento para participar como demandante en la demanda bajo la Ley de Normas Laborales Justas para pagos que se me deban por el trabajo que realicé en Bayou Sugar Growers, Inc. Y Louisiana Sugar Cane Cooperative, Inc. Doy permiso a los abogados de los Demandantes, Southern Migrant Legal Services, un proyecto de Texas RioGrande Legal Aid, Inc. para presentar este formulario en mi nombre y para representarme ante cualquier tribunal o agencia tocante estos reclamos.

_Firmado por: [signature] 144B20CF656B4E5..._

Signature/Firma

12/4/2024 | 3:13 PM CST

Date/Fecha

**Víctor Colchado Adriano**

Printed Name/Nombre

**CONSENT TO JOIN SUIT UNDER THE FAIR LABOR STANDARDS ACT**

**CONSENTIMIENTO PARA PARTICIPAR EN UNA DEMANDA BAJO LA LEY DE NORMAS LABORALES JUSTAS**

I hereby give my consent to join as a party plaintiff in a lawsuit under the Fair Labor Standards Act for wages that may be owed to me for work I performed at Bayou Sugar Growers, Inc. and Louisiana Sugar Cane Cooperative, Inc. I give Plaintiffs' counsel, Southern Migrant Legal Services, a project of Texas RioGrande Legal Aid, permission to file this form on my behalf and to represent me before any court or agency on these claims.

Por este medio doy mi consentimiento para participar como demandante en la demanda bajo la Ley de Normas Laborales Justas para pagos que se me deban por el trabajo que realicé en Bayou Sugar Growers, Inc y Louisiana Sugar Cane Cooperative, Inc. Doy permiso a los abogados de los Demandantes, Southern Migrant Legal Services, un proyecto de Texas RioGrande Legal Aid, Inc. para presentar este formulario en mi nombre y para representarme ante cualquier tribunal o agencia tocante estos reclamos.

Firmado por: F P C
C43D309727ED400...

12/3/2024 | 7:46 PM CST

Signature/Firma                                  Date/Fecha

**Fernando Pérez Caldera**

Printed Name/Nombre

# CONSENT TO JOIN SUIT UNDER THE FAIR LABOR STANDARDS ACT

# CONSENTIMIENTO PARA PARTICIPAR EN UNA DEMANDA BAJO LA LEY DE NORMAS LABORALES JUSTAS

      I hereby give my consent to join as a party plaintiff in a lawsuit under the Fair Labor Standards Act for wages that may be owed to me for work I performed at Bayou Sugar Growers, Inc. and Louisiana Sugar Cane Cooperative, Inc. I give Plaintiffs' counsel, Southern Migrant Legal Services, a project of Texas RioGrande Legal Aid, permission to file this form on my behalf and to represent me before any court or agency on these claims.

      Por este medio doy mi consentimiento para participar como demandante en la demanda bajo la Ley de Normas Laborales Justas para pagos que se me deban por el trabajo que realicé en Bayou Sugar Growers, Inc. Y Louisiana Sugar Cane Cooperative, Inc. Doy permiso a los abogados de los Demandantes, Southern Migrant Legal Services, un proyecto de Texas RioGrande Legal Aid, Inc. para presentar este formulario en mi nombre y para representarme ante cualquier tribunal o agencia tocante estos reclamos.

Firmado por:
*Oswaldo Beltran*
F8DDDB8B24E74F6...

Signature/Firma

12/4/2024 | 1:27 p. m. CST

Date/Fecha

**Oswaldo Beltrán Martínez**

Printed Name/Nombre

## CONSENT TO JOIN SUIT UNDER THE FAIR LABOR STANDARDS ACT

## CONSENTIMIENTO PARA PARTICIPAR EN UNA DEMANDA BAJO LA LEY DE NORMAS LABORALES JUSTAS

I hereby give my consent to join as a party plaintiff in a lawsuit under the Fair Labor Standards Act for wages that may be owed to me for work I performed at Bayou Sugar Growers, Inc. and Louisiana Sugar Cane Cooperative, Inc. I give Plaintiffs' counsel, Southern Migrant Legal Services, a project of Texas RioGrande Legal Aid, Inc. permission to file this form on my behalf and to represent me before any court or agency on these claims.

Por este medio doy mi consentimiento para participar como demandante en la demanda bajo la Ley de Normas Laborales Justas para pagos que se me deban por el trabajo que realicé en Bayou Sugar Growers, Inc. Y Louisiana Sugar Cane Cooperative, Inc. Doy permiso a los abogados de los Demandantes, Southern Migrant Legal Services, un proyecto de Texas RioGrande Legal Aid, Inc. para presentar este formulario en mi nombre y para representarme ante cualquier tribunal o agencia tocante estos reclamos.

Firmado por: *Carlos C Hdz* (94BB37463C534F0...)    12/4/2024 | 12:59 p. m. CST

Signature/Firma    Date/Fecha

**Carlos Bibiano Castro Hernández**

Printed Name/Nombre

## CONSENT TO JOIN SUIT UNDER THE FAIR LABOR STANDARDS ACT

## CONSENTIMIENTO PARA PARTICIPAR EN UNA DEMANDA BAJO LA LEY DE NORMAS LABORALES JUSTAS

I hereby give my consent to join as a party plaintiff in a lawsuit under the Fair Labor Standards Act for wages that may be owed to me for work I performed at Bayou Sugar Growers, Inc. and Louisiana Sugar Cane Cooperative, Inc. I give Plaintiffs' counsel, Southern Migrant Legal Services, a project of Texas RioGrande Legal Aid, permission to file this form on my behalf and to represent me before any court or agency on these claims.

Por este medio doy mi consentimiento para participar como demandante en la demanda bajo la Ley de Normas Laborales Justas para pagos que se me deban por el trabajo que realicé en Bayou Sugar Growers, Inc. Y Louisiana Sugar Cane Cooperative, Inc. Doy permiso a los abogados de los Demandantes, Southern Migrant Legal Services, un proyecto de Texas RioGrande Legal Aid, Inc. para presentar este formulario en mi nombre y para representarme ante cualquier tribunal o agencia tocante estos reclamos.

Firmado por: [signature] 8A0D34178267493...

_____          12/3/2024 | 7:57 PM CST
Signature/Firma                    _____
                                   Date/Fecha

**Juan Manuel Vargas Rodríguez**
_____
Printed Name/Nombre

## CONSENT TO JOIN SUIT UNDER THE FAIR LABOR STANDARDS ACT

## CONSENTIMIENTO PARA PARTICIPAR EN UNA DEMANDA BAJO LA LEY DE NORMAS LABORALES JUSTAS

I hereby give my consent to join as a party plaintiff in a lawsuit under the Fair Labor Standards Act for wages that may be owed to me for work I performed at Bayou Sugar Growers, Inc. and Louisiana Sugar Cane Cooperative, Inc. I give Plaintiffs' counsel, Southern Migrant Legal Services, a project of Texas RioGrande Legal Aid, permission to file this form on my behalf and to represent me before any court or agency on these claims.

Por este medio doy mi consentimiento para participar como demandante en la demanda bajo la Ley de Normas Laborales Justas para pagos que se me deban por el trabajo que realicé en Bayou Sugar Growers, Inc. Y Louisiana Sugar Cane Cooperative, Inc. Doy permiso a los abogados de los Demandantes, Southern Migrant Legal Services, un proyecto de Texas RioGrande Legal Aid, Inc. para presentar este formulario en mi nombre y para representarme ante cualquier tribunal o agencia tocante estos reclamos.

Firmado por:
*Derian Enrique Galvan Martinez*
A72AE786B6714A6...

12/4/2024 | 4:07 PM CST

Signature/Firma                           Date/Fecha

**Derian Enrique Galván Martínez**

Printed Name/Nombre

**CONSENT TO JOIN SUIT UNDER THE FAIR LABOR STANDARDS ACT**

**CONSENTIMIENTO PARA PARTICIPAR EN UNA DEMANDA BAJO LA LEY DE NORMAS LABORALES JUSTAS**

I hereby give my consent to join as a party plaintiff in a lawsuit under the Fair Labor Standards Act for wages that may be owed to me for work I performed at Bayou Sugar Growers, Inc. and Louisiana Sugar Cane Cooperative, Inc. I give Plaintiffs' counsel, Southern Migrant Legal Services, a project of Texas RioGrande Legal Aid, permission to file this form on my behalf and to represent me before any court or agency on these claims.

Por este medio doy mi consentimiento para participar como demandante en la demanda bajo la Ley de Normas Laborales Justas para pagos que se me deban por el trabajo que realicé en Bayou Sugar Growers, Inc. Y Louisiana Sugar Cane Cooperative, Inc. Doy permiso a los abogados de los Demandantes, Southern Migrant Legal Services, un proyecto de Texas RioGrande Legal Aid, Inc. para presentar este formulario en mi nombre y para representarme ante cualquier tribunal o agencia tocante estos reclamos.

Firmado por: Gregorio GM
A90DB323541B45B...

Signature/Firma

12/5/2024 | 7:25 PM CST

Date/Fecha

**Gregorio García Macías**

Printed Name/Nombre